IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-460-CV





TRAVIS COUNTY AND JAN BRELAND,



 APPELLANTS


vs.





RHONDA BASSETT AND JAMES FLORES,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT



NO. 490,119, HONORABLE JOSEPH H. HART, JUDGE PRESIDING



 




PER CURIAM

 Appellants have filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Appellants' Motion

Filed: October 6, 1993

Do Not Publish